UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Kevin P. Loughman,

    Plaintiff,

v.

Maura Mahoney, Maura Feeley, Lotus Development Corporation, and First Security Services Corporation,

    Defendants.

CIVIL ACTION NO. 04 CV 12316 WGY

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as counsel on behalf of Defendants Securitas Security Services USA, Inc. as successor to First Security Services Corporation, and Maura Feeley in the above-entitled action.

SECURITAS SECURITY SERVICES
USA, INC. and MAURA FEELEY,

By their Attorneys,

*/s/ Jean A. Musiker*

Jean A. Musiker, BBO # 365410
Shireen G. Arani, BBO # 654461
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030

Dated: December 20, 2004

## CERTIFICATE OF SERVICE

I, Shireen G. Arani, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the plaintiff, Kevin P. Loughman, 4 Marrigan Street, Arlington, MA 02474.

_____
Shireen G. Arani

357422