UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Kevin P. Loughman,

            Plaintiff,

      v.

Maura Mahoney, Maura Feeley, Lotus
Development Corporation, and First Security
Services Corporation,

            Defendants.

CIVIL ACTION NO.  04 CV 12316 WGY

## DEFENDANT FIRST SECURITY SERVICES CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant Securitas Security Services USA, Inc. ("Securitas"), states that it is the

successor in interest to defendant First Security Services Corporation and further states that it is a

domestic corporation incorporated in Deleware.  The parent corporation of Securitas is Securitas

Services, Inc., which is owned by Securitas Holdings, Inc., which is owned by Securitas AB,

which is a publicly held company whose shares are traded on the Stockholm, Sweden stock

exchange.

                              Securitas Security Services USA, Inc.,
                              By its Attorneys,


                              Jean A. Musiker, BBO # 365410
                              Shireen G. Arani, BBO # 654461
                              Sugarman, Rogers, Barshak & Cohen, P.C.
                              101 Merrimac Street
                              Boston, MA  02114-4737
Dated: December 20, 2004      (617) 227-3030

## CERTIFICATE OF SERVICE

I, Shireen G. Arani, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the plaintiff, Kevin P. Loughman, 4 Marrigan Street, Arlington, MA 02474.

_____
Shireen G. Arani

357412