UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN P. LOUGHMAN,<br><br>      Plaintiff,<br><br>vs.<br><br>MAURA MAHONEY, MAURA FEELEY,<br>LOTUS DEVELOPMENT CORP. and<br>FIRST SECURITY SERVICES CORP.,<br><br>      Defendants. | Civil Action No. 04-CV-12316-WGY |

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** of the appearance of David B. Wilson, Sarah L. McGinnis, and the law firm of Robinson & Cole LLP, One Boston Place, Boston, MA 02108, as attorney for defendants Maura Mahoney and Lotus Development Corp. in the above-referenced matter.

Respectfully submitted,
***ROBINSON & COLE LLP***

_____
David B. Wilson (BBO #548359)

_____
Sarah L. McGinnis (BBO# 650804)
One Boston Place
Boston, MA 02108-4404
Tel 617-557-5900
Fax 617-557-5999

Dated: January 4, 2005

846554

## CERTIFICATE OF SERVICE

I hereby certify that I this day caused to be served a true copy of the foregoing Notice of Appearance by mailing a copy of same, first class mail, postage prepaid, addressed to:

> Kevin P. Loughman, *Pro Se*
> 4 Merrigan Street
> Arlington, MA 02474

Signed under the penalties of perjury on January 4, 2005.

_David B. Wilson_
David B. Wilson

2