UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CIVIL ACTION DOCKET NO. 04-CV-12316-WGY

FILED
IN CLERKS OFFICE
2005 FEB -7  P 3: 06
U.S. DISTRICT COURT
DISTRICT OF MASS

KEVIN P. LOUGHMAN,
A Citizen of the Commonwealth of Massachusetts,
Plaintiff

vs.

MAURA MAHONEY
In Her Capacity as
Security Services Manager,
Lotus Development Corporation

and

MAURA FEELEY
In Her Capacity as
Assistant District Manager,
First Security Services Corporation

and

LOTUS DEVELOPMENT CORPORATION,

and

FIRST SECURITY SERVICES CORPORATION,

Defendants

PLAINTIFF'S NOTICE OF WITHDRAWAL OR DISMISSAL
OF COMPLAINTS AGAINST DEFENDANTS
MAURA FEELEY AND FIRST SECURITY SERVICES CORP.

By and For the Plaintiff, Pro-Se
Kevin P. Loughman

4 Marrigan St., Arlington, Massachusetts, 02474
Telephone: 781-641-2756

Page 1

Pursuant to Rule 41 (a) (1) of the Federal Rules of Procedure for the State of Massachusetts, I, Kevin P. Loughman, Plaintiff in this Civil Action, serve notice upon all parties of the withdrawal from the above-captioned Federal Complaint [**ONLY**] of all charges, allegations, and complaints with respect to Defendant Maura Feeley and with respect to Defendant First Security Services Corporation. Each party is to bear its own costs and fees. It is understood by the Plainitff, that, by his filing of this notice, Defendants Maura Feeley and First Security Services Corporation are no longer required to file affirmative responses to the Plaintiff's Complaint, originally dated October 28, 2004.

Respectfully submitted to this Honorable Court,

*/s/ Kevin P. Loughman*

By and For Kevin P. Loughman, Plaintiff, Pro-Se
4 Marrigan Street, Arlington, MA, 02474
Telephone: 781-641-2756

February 5, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that I this day caused to be served a true copy of the foregoing document by mailing a copy of same, first-class mail, postage prepaid, addressed to:

The Attorney of Record for Maura Feeley and First Security Services Corporation, Shireen G. Arani, at the law firm of Sugarman Rogers Barshak & Cohen, 101 Merrimac Street, Boston, MA 02114

and to

The Attorney of Record for Maura Mahoney and Lotus Development Corporation, David B. Wilson, at the law firm of Robinson & Cole, One Boston Place, Boston, MA 02108

Signed under the pains and penalties of perjury,

*[signature]*
Kevin P. Loughman, Plaintiff, Pro-Se
4 Marrigan Street, Arlington, MA 02474
781-641-2756.

February 5, 2005