Maura Feeley   07/13/98 10:01 AM

To: John McFadden/1st-Security@1st-Security, Mike Phillips/1st-Security@1st-Security, Erin Arroyo/1st-Security@1st-Security
cc: Joe Crowley/1st-Security@1st-Security, Teresa Drisko/1st-Security@1st-Security, Paul Caruso/1st-Security@1st-Security
Subject: Chronology

**Kevin Loughman:** A part time employee for FSSC at Lotus for several years. A day shift weekend supervisor for approx. one year.
**Barbara Nicolas:** a full time employee transferred to Lotus late March 1998.
**John Ashley:** SSAM at Lotus since about 1995, he took leave for a year approx. Feb. '97 thru Feb. '98, returning to his position in Feb. 1998.

### Chronology of Lotus:K. Loughman incident

**Tuesday June 23th:**
Alonzo Herring alerted me that unresolved issues between Officer Barbara Nicolas and Sgt. Kevin Loughman have gone unaddressed by SSAM John Ashley. He also informed me that there have been e-mail transmissions between Loughman & Nicolas that will provide information. I contact John Ashley and instruct him to provide me with copies of e-mails between these parties & bring them with to the District office the next day, Thursday June 25th. John tells me that they had a disagreement in late May but that had been resolved.

**Wednesday June 24th:**
John Ashley provides numerous copies of e-mails communication's between he, Barbara & Kevin. After reviewing them, I asked John why he had no stopped this communication and sat down with both parties as they request in their e-mails, to resolve their differences. He said he had planned to. At this time 25+ days had gone by without any management intervention. John did not see anything inappropriate with these e-mails, he stated, and after reviewing them with me he sees the problem. I inform him that I would like to speak with Kevin tomorrow before his next shift, at 3pm.
I shared the e-mails with Alonzo Herring.
I arranged (with John) that Kevin & Barbara would not work on the same shifts. Kevin is a weekend day shift supervisor. Barbara's schedule was Sunday through Thursday, it was changed with her approval Monday through Friday.

**Thursday June 25th:**
I reviewed the above with Bob Devane and was advised to contact Mike Montouri & file an SIR. (completed) Mike & I spoke about the above, and I faxed him copies of the e-mail communications. Next steps were not decided by the time Kevin came in at 2:45p, and I advised Kevin & John Ashley that Internal Affairs would be involved in this matter and that we will re-schedule a meeting at another time.

**Friday June 26th:**
I spoke with Paul Caruso who asked that a meeting be arranged with all 3 Lotus employees for Monday June 29th. I arranged that Barbara, Kevin & John would meet with Paul C. and Steve Gabriel at the District office. (I was off Monday and wasn't able to sit in) Copies of all the e-mails were faxed to Paul Caruso.

**Monday June 29th:**
Paul Caruso & Steve Gabriel meet with John Ashley, Barbara Nicolas and Kevin Loughman at the

District office.

**Wednesday July 1st:**
I arranged to meet with Paul Caruso Thursday morning to discuss his meeting with the Lotus staff and next steps.

**Thursday July 2nd:**
Paul C. and I completed a letter to John Ashley regarding his handling of this matter. We discuss and decide that Kevin L. should be demoted from his position as a supervisor and transferred from the Lotus facility. I planned to meet with Kevin today at about 2pm at the District office to present our action plan.

This date I individually met with John and presented him with the letter (Paul C and I wrote.) I also gave him with a letter regarding deficiencies in meeting timelines. After a discussion as to how poorly he handled this matter, he was informed it is not completely resolved yet, there may be further discussion. I also met with Barbara N. and we discussed areas of her work performance that require improvement.

When I met with Kevin, he was presented with an explanation that his e-mail communications were inappropriate and that he was going to be removed from his position and transferred to another facility. I explained that as a result of his meeting with Paul C. and Steve this was our decision. He said he disagreed that his e-mails were inappropriate, that he was the victim of abuse perpetrated by Barbara N., and that he would file an MCAD and other complaints as well. He explained that he holds Lotus in high regard and First Security to a lesser degree. He wanted to go over each e-mail in detail, and I explained once again that it's the communication itself.

I then set up a transfer to the GTE-Burlington facility for the same working days he had at Lotus and same pay rate. I also provided him with a copy of the letter which referred to this matter.

After Kevin left I spoke with Paul Caruso about my conversation with Kevin. He asked me to e-mail him a summary of that conversation & fax a copy of the letter. Paul stated he would then contact Erin Arroyo as well.

**Friday July 10th:**
I was contacted By Mr. Bill Moynihan & John McFadden that Kevin L. had sent a 7 page letter to Corporate & Lotus which was addressed to me. I never received the letter. A copy was faxed to me and John and I discussed this in detail with John.

Today I returned a call from Kevin L. and he told me that this matter has caused him distress and that he would need to see a doctor and file a workmens compensation claim. He said he would not be able to fulfill his shifts this weekend. He also mentioned that he sent me two letters, he said one of them contained a self-addressed stamped envelope to mail his paycheck to him. He also said that since I wasn't taking his calls he had to call Lotus for me to call him back. I didn't know what he was talking about- and I explained to him my message from one of the staff here says he called about an hour ago- and I'm returning his call. I told him that I would contact him with any necessary information he may need for his claim and that once he feels better we'll get him back to work.

The Lotus client Maura Mahoney and I spoke at about 4:30p today. She had paged me. She informed me that Kevin tried to contact her several times today and when he did get through to her he claimed that I wasn't taking his calls and he was seeking support from Lotus about his demotion/transfer. Maura M. told him that this is a FSSC matter, but that she would support him in any way she can. Maura asked me if I received his letter, and she referred to him as "lunatic."
She stated she passed along the letters to Legal at lotus and they do not plan to take any action at this time.

John M. informed me that he only has one letter and I will contact Maura M., to obtain a copy of the second letter. John advised that Kevin be counselled as to cease comunicating with the client about this FSSC matter and to relay that he may face termination if it continues. This conatct will be made by the HR Manager either Monday or Tuesday 7/13 or 7/14.

A subsequent conversation with John McFadden - it wasn't agreed that the HR manager should communicate with Kevin.

**Monday 7/13/98:**
    Joe Crowley and Teresa Drisko are informed of this matter.