# PLAINTIFF'S "EXHIBIT A" (TWO PAGES)





AMERICAN AIRLINES
BOARDING PASS

NAME OF PASSENGER
LOUGHMAN/KEVIN

FROM
SHANNON
BOSTON
AMERICAN AIRLINES

CARRIER  FLIGHT      CLASS  DATE       TIME
AA       211         W      14SEP      1105A

GATE  BOARDING TIME  SEAT       SMOKE
7     1020A          20E        NO

GROUP 4

SGG /SNN