**4 Marrigan Street, Arlington, MA 02474**

September 26, 20[05]

FILED
IN CLERKS OFFICE

2005 SEP 27 A 9:26

U.S. DISTRICT COURT
DISTRICT OF MASS.

Bonnie Smith, Office of the Clerk
U.S. District Court for Massachusetts
John Moakley U. S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

   Re: Loughman v. Mahoney, et al.  U.S. District Court Case 1:04-cv-12316

Dear Ms. Smith:

  Please thank Judge Young for the seven-day extension for reply to Motion to Dis[miss], occasioned by my absence from the U. S. from September 7-14, 2005.  Thanks also to Opp[osing] Counsel David Wilson for his courtesy in not opposing this necessary, albeit brief delay.

  I am now up-and-running with the PACER System, so I should, henceforward, be [less] dependent upon direct contact with the Court for status reports and up-dates from the [case] Docket.

  Please find enclosed Opposing Counsel's "Return-of-Service Waivers" for the [two] Defendant's in this case, copies of which were sent to me last week.  The original retur[n of] service, was, indeed made, but owing to mislabeling by Robinson & Cole, these papers (se[nt in] late March) were misfiled in the papers for a related case in Middlesex County Superior Cour[t. I] believe that I have not been prejudiced by this error; Counselor Wilson has promptly follow[ed]-up with a second mailing (also mislabeled), and I have been alert enough to catch the error [this] time around.  Last March, I needed to have assistance with my mail, and, I think that is [the] source of the misfiling error.  Counselor Wilson has also filed his Response to my Compl[aint] and my Answer to his Response is now due on September 30, 2005.   What could be m[ore] clear, fair and efficient?

  Thanks, again, for your assistance and patience.  I do appreciate how bustling and b[usy] your phone and office must be.

Yours most sincerely,

*Kevin P. Loughman*
Kevin P. Loughman, Plaintiff, Pro-Se, September 26, 2005

CC: Attorney David Bliss Wilson, Robinson & Cole

1