# ROBINSON & COLE LLP

DAVID B. WILSON

One Boston Place
Boston, MA 02108-44
Main (617) 557-5900
Fax (617) 557-5999
dwilson@rc.com
Direct (617) 557-5935

Also admitted in New Hampshire

March 25, 2005

Mr. Kevin P. Loughman
4 Marrigan Street
Arlington, Massachusetts 02474

Re: *Loughman vs. Mahoney, et al.*
    **Middlesex Superior Court Civil Action No. 04-4207**

Dear Mr. Loughman:

Enclosed please find a signed Waiver of Service of Summons on behalf of defendant Lotus Development Corp. and a signed Waiver of Service of Summons on behalf of defendant Maura Mahoney relative to the above-referenced matter.

Very truly yours,

David B. Wilson
DBW:rh-Enc.



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

SARASOTA

*www.rc.com*

847073-2

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
EASTERN DIVISION   District of   MASSACHUSETTS

KEVIN P. LOUGHMAN

V.

MAURA MAHONEY, ET AL.

SUMMONS IN A CIVIL CASE

CASE

**04 c 12316 VGY**

TO: (Name and address of Defendant)

LOTUS DEVELOPMENT CORPORATION
OFFICE OF DESIGNATED LEGAL COUNSEL
C/O CT CORPORATION SYSTEM
SUITE 300, 101 FEDERAL STREET
BOSTON, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KEVIN P. LOUGHMAN, PRO-SE
4 MARRIGAN STREET
ARLINGTON, MA 02474

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of after service.

CLERK

(By) DEPUTY

DATE   11-1-04

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __Kevin P. Loughman__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Lotus Development Corp__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Loughman vs. Maloney, et al.__
(CAPTION OF ACTION)

which is case number __04-CV-12316-WGY__ in the United States District Court
(DOCKET NUMBER)

for the __EASTERN DIVISION__ District of __MASSACHUSETTS__

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by R 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdicti or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after __Nov. 6, 2004__
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

__3/25/05__                __David B. Wilson__
(DATE)                     (SIGNATURE)

Printed/Typed Name: __DAVID B. WILSON__

As __Attorney__ of __Lotus Development__  *yp and*
   (TITLE)        (CORPORATE DEFENDANT)  *Mau*
                                          *Ma  ney*

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION     District of     MASSACHUSETTS

KEVIN P. LOUGHMAN

V.

MAURA MAHONEY, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE

**04 CV 12316 WGY**

TO: (Name and address of Defendant)

MAURA MAHONEY
7410 LAKE BREEZE DR., #205
FT. MYERS, FL 33907

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KEVIN P. LOUGHMAN, PRO-SE
4 MARRIGAN STREET
ARLINGTON, MA 02474

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of t after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  11-1-04

AO 399  (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __Kevin P Loughman    Pro-Se__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __MAURA MAHONEY__, acknowledge receipt of your reques[t]
(DEFENDANT NAME)

that I waive service of summons in the action of __Loughman vs. Mahoney, etc__
(CAPTION OF ACTION)

which is case number __04-CV-12316-WGY__ in the United States District Court
(DOCKET NUMBER)

for the __EASTERN DIVISION__ District of __MASSACHUSETTS__

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by R[ule] 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdicti[on] or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __Nov. 6 2004__ ✱
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.   ✱ Re-Sent 3/23, 5

__3/25/05__                     __David B. Wilson__
(DATE)                                    (SIGNATURE)

Printed/Typed Name: __DAVID B. WILSON__

As __Attorney__ of __Maura Mahoney an[d] otus
(TITLE)                         (CORPORATE DEFENDANT)   Dev[el]opment P.

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.