# PLAINTIFF'S "EXHIBIT A" (TWO PAGES)





AMERICAN AIRLINES
BOARDING PASS

NAME OF PASSENGER
LOUGHMAN/KEVIN

TO       FROM
         SHANNON
         BOSTON
AMERICAN AIRLINES

CARRIER  FLIGHT    CLASS  DATE        TIME
AA       211       W      14SEP       1105A

GATE  BOARDING TIME  SEAT        SMOKE
7     1020A          20E         NO

                                 GROUP 4

ADDITIONAL SEAT INFORMATION
PCS.  CK WT.  UNCK WT.
BAGGAGE ID NR.
COUPON  AIRLINE    FORM SERIAL NO.    CK.

SG6 / SNN