**#4 Marrigan Street, Arlington, MA 02474**

FILED
2005 OCT 24  P 3:01
U.S. DISTRICT COURT
DISTRICT OF MASS

October 22, 2005

Attorney Jean Musiker, Attorney Shireen Arani
Sugarman, Rogers, Barshak & Cohen
101 Merrimac Street, 9th Floor
Boston, MA 02114

United States District Court
For Eastern Massachusetts
Case Name: Loughman v. Mahoney
Case Number 1:04-cv-12316

RE: MICV-2004-04207-E-----Present and Imminent Motions to Be Filed
FSSC/Securitas Violations of M.G.L. c. 149, Section 52C/Complaint

Dear Counselors:

Again, I remind, counsel, and warn you that I am not to be contacted by yourselves nor any member of your law firm, except in writing, and then only when necessary for the defense of your clients in connection with the above-captioned case. As you very well know, our inter-personal arrangements are not based upon a pre-existing reservoir of mutual respect and good will, owing to your collective tendencies to violate and infringe upon the religious sensitivities of non-Jews.

I do not know whether this is because you are "insensitive Jews" or "insensitive Lawyers", but in any event, this harassment, more especially upon my Christian Sabbath is an intolerable act, and certainly not one which I have ever visited upon any of you. Again, I say to you: Shame and shame again, upon you both! It causes me to suspect that as Jews and/or Lawyers, you do not know that Sunday is a Holy Day among Christians, or if you do know, you neither care about nor respect the religious sensitivities of observant Christians.

The only religious sensitivity that you seem to recognize, albeit quite imperfectly, is the ancient Jewish tradition of observing Rosh Hashanah as so-called "Holy Days". And even here, Counselor Arani is on "thin ice" religiously speaking, because Counselor Arani has violated the orthodox approach to the so-called "holiness" of Rosh Hashanah by choosing to work in her office during the morning of that indivisible holy day, while at the same time asking to be excused from her secular obligation to appear in Court, in the afternoon on that very same day. Indeed this is a strange and incomprehensible intellectual approach to the concept of religious holy days. I guess you must need to be Jewish to grasp the subtleties of its inherent contradictions! When is a "holy day" not a "holy day"? Perhaps only certain, random and arbitrary hours or minutes are "holy"? Should we refer to "The Rosh Hashanah Hour" or "The Rosh Hashanah Minutes"?

As a result of Counselor Musiker's conduct in requesting un-Constitutional, religious-based exemptions for herself and for Counselor Arani for October 4, 2005, ostensibly so that both could "observe" the so-called "Jewish Holy Days of Rosh Hashanah"; and also as a result of the misrepresentation connected to Counselor Arani's decision to work in her office on this very same, so-called "religious holy day", I have filed a Motion that you both should be declared to be in Contempt of Court.

I mailed you copies of this Motion on October 15, 2005. I remind you that your response is due on or before October 28, 2005, so that I may promptly forward it to Middlesex County Superior Court. Please be alert to the thirteen-day deadline imposed by Rule 9A, unless, of course you are also claiming that the Rule 9A deadline applies only to Christian Plaintiffs, but does not apply to Jewish Defense Counsel for religious reasons.

Please also be alert to the **continuing** non-compliance of your client with the statutory provisions of M.G.L. c. 149, §52C. Your client has not provided me with copies of my annual performance reviews for 1994, 1995, 1996, 1997, and 1998. Your client has not provided me with requested copies of my Red Cross Certifications for 1995 and for 1997. Your client has not provided me with copies of investigative reports of the so-called "Barbara Nicholas Incidents" of May, June, and July, 1998. Your client has not provided me with copies of so-called "Serious Incident Reports"----which are referenced in Maura Feeley's infamous memo of July 13, 1998. In connection with legal complaints now being heard in Middlesex County Superior Court and in the U.S. District Court for the District of Massachusetts, I hereby demand that these critical documents should be delivered to me on or before November 15, 2005.

Hundreds of pages of previous correspondence have been addressed by myself to your client over the past several years, in connection with this on-going and continuing violation of Chapter 149. Unless very substantial progress towards compliance is forthcoming by November 15, 2005, I shall be filing an additional complaint to obtain lawful access to my complete personnel file, including all documents in the possession of First Security/Securitas in connection with the so-called "disciplinary events" of July 2, 1998. If your client wishes to avoid additional expense, I strongly suggest that it "get its ass in gear", as the young people might say, and start cranking out those missing and highly elusive discipline-related documents. I suggest you download a copy from Westlaw or LexisNexis of the case decision in *Harding v. Wal-Mart Stores*, from our sister state of Maine. Although this is a State of Maine Decision, the employment law in Maine is highly similar to that in Massachusetts, and the legal rationale is therefore valid as precedent.

I do understand that you have further *crocodile tears* to shed in connection with my Motion for a Stay, pending the resolution of the complaint against Maura Mahoney in Federal Court. I shall immediately seek leave from Middlesex County Superior Court to respond (up to ten pages) to your Opposition to my Motion.

On a personal note, I regret that you have injected unclean and un-kosher religious considerations into this complaint; since Constitutional issues have now thereby been raised, over and above the contempt-related issues of misrepresentation and bad-faith on your part. The end result can only be further time and money for us both, as we now have to pause to undo residual damage from the injection of unsavory religious concerns into otherwise, previously purely secular concerns. However, my comparative costs are much, much lower (by orders of magnitude) than those of your very deep-pocketed client. I am also sure, now that I know that you are both Jewish, that you both join me in "laughing all the way to the bank" so to speak, at your clients stupidity in failing to settle these matters seven years ago for a thousand dollars or less. Your client billings, I am sure, do not lie, and they would bear testimony to the foolishness of your client's approach to settling this case, thus far. You cannot say that, with all sincerity and Christian Charity, I did not warn your client of the perils and also economic realities of prolonged, increasingly complex, and embittered litigation! It borders on "criminal" that the precious social resources of Middlesex County Superior Court should have to be invoked to settle and solve these matters. Again, I say shame, and shame upon you all! As I am so fond of reminding everyone, we shall just have to linger on, until, at last, truth makes all things plain. In the meantime, relax, count, and rejoice in your retainer fees and client billings!!!

I hope you also had a serene and holy "Day of Atonement". My intuitive feeling, based upon Counselor Arani's savage and hurtful attack on my personal religious sensibilities on September 18, 2005, and also based upon the apparent lies, misrepresentation, and falsifications connected with the almost-comic "Rosh Hashanah Caper" before Judge Houston at the Middlesex County Superior Court, is that you both have plenty enough to atone for. But, wait a minute! Wasn't it Jesus of Nazareth who counseled us: "Judge not, lest ye be judged"? I am forgetting my own Christian Heritage! Furthermore, this is exactly what Judge Julian Houston is getting paid to do!

Once again, I sincerely wish you Mazel Tov and Shalom, and I invoke the Blessings of Christ Jesus upon your aims of justice, if not upon your ethical and practical errors in finding it!

Yours most sincerely,

*[signature]*

Kevin P. Loughman

CC: Judge Julian Houston, Middlesex County Superior Court
    Judge William G. Young, U.S. District Court, District of Massachusetts
    Opposing Counselor David Bliss Wilson, Robinson & Cole Attorneys