UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-12316-WGY</u>

KEVIN P. LOUGHMAN
Plaintiff

v.

MAURA MAHONEY
LOTUS DEVELOPMENT CORPORATION
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,C.J.</u>

After a hearing held on    10/26/05   ,this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed

Sarah A. Thornton
Clerk

By:  /s/ Elizabeth Smith
Deputy Clerk

October 27, 2005

Notice mailed to counsel of record.