UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER 1:04-cv-12316-WGY

| | |
|---|---|
| Kevin P. Loughman, Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Maura Mahoney, ) | |
| ) | Notice of Appeal |
| Lotus Development Corporation, ) | |
| ) | |
| IBM Corporation, ) | |
| ) | |
| Defendants ) | |

Notice is hereby given that Kevin P. Loughman, Plaintiff, Pro-Se, in the above captioned case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 15th day of November, 2005. This (attached), so-called "final judgment" (Paper #21) constitutes a denial by the Presiding Judge, Hon. William G. Young, of the Plaintiff's prior Motion (Paper #20) for "Reconsideration" of the Judge's so-called "Order of Dismissal", dated October 27th, 2005. A copy of the original "Order of Dismissal" (from which this appeal ultimately derives) is also attached.

Respectfully submitted to This Honorable Court,

*Kevin P. Loughman*

Kevin P. Loughman, Plaintiff, Pro-Se, December 5, 2005