United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Bell, Marie entered on 11/15/2005 at 2:41 PM EST and filed on 11/15/2005
Case Name: Loughman v. Mahoney et al
Case Number: 1:04-cv-12316
Filer:
WARNING: CASE CLOSED on 10/27/2005
Document Number:

Docket Text:
Judge William G. Young : Electronic ORDER entered denying [21] Motion for Reconsideration re [20] Order Dismissing Case. cc/cl. (Bell, Marie)

The following document(s) are associated with this transaction:


1:04-cv-12316 Notice will be electronically mailed to:

David Bliss Wilson     DWilson@rc.com, RHaggerty@rc.com

1:04-cv-12316 Notice will not be electronically mailed to:

Kevin P. Loughman
#4 Marrigan Street
Arlington, MA 02474

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12316-WGY

KEVIN P. LOUGHMAN
Plaintiff

v.

MAURA MAHONEY
LOTUS DEVELOPMENT CORPORATION
Defendant

ORDER OF DISMISSAL

YOUNG, C.J.

After a hearing held on   10/26/05  , this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed

Sarah A. Thornton
Clerk

By: /s/ Elizabeth Smith
    _____
    Deputy Clerk

October 27, 2005

Notice mailed to counsel of record.