```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Civil Action
 3                                      No. 04-12316-WGY

 4

 5   * * * * * * * * * * * * * * * *
                                     *
 6   KEVIN P. LOUGHMAN,               *
                                     *
 7            Plaintiff,              *
                                     *
 8   v.                               *   MOTION HEARING
                                     *
 9   MAURA MAHONEY and                *
     LOTUS DEVELOPMENT CORP.,         *
10                                    *
              Defendants.             *
11                                    *
     * * * * * * * * * * * * * * * *
12

13
               BEFORE:  The Honorable William G. Young,
14                      District Judge

15

16

17

18   APPEARANCES:

19            KEVIN P. LOUGHMAN, Pro Se, 4 Marrigan
        Street, Arlington, Massachusetts 02474
20
              ROBINSON & COLE, LLP (By David B. Wilson,
21      Esq.), One Boston Place, Boston, Massachusets
        02108-4404, on behalf of the Defendants
22

23
                                   Boston College School of Law
24                                 Newton, Massachusetts

25                                 October 26, 2005
```